# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PHILLIP ELWELL,

    Plaintiff(s),

v.

GREGORY HARVEY, et al.,

    Defendant(s).

Case No.: 2:19-cv-01673-APG-NJK

**Order**

[Docket No. 22]

Pending before the Court is a stipulation to extend deadlines by 60 days. Docket No. 22. As with the previously-granted stipulation, the instant request is again premised on the need to schedule Plaintiff's deposition, the need to schedule Plaintiff's IME, and the need for Defendant to obtain authorizations. *Compare* Docket No. 19 at 3-4 *with* Docket No. 22 at 4. The only explanation provided for this on-going need is that "Plaintiff's counsel has been unable to contact Plaintiff." Docket No. 22 at 4.

The Court hereby **SETS** a hearing on the instant stipulation for 11:30 a.m. on February 18, 2020, in Courtroom 3C. **PLAINTIFF HIMSELF MUST PERSONALLY APPEAR AT THE HEARING**. Plaintiff's counsel must immediately provide Plaintiff with notice of the issuance of this order and must file a proof of service by February 11, 2020. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

IT IS SO ORDERED.

Dated: February 10, 2020

                                              Nancy J. Koppe
                                              United States Magistrate Judge