J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP ELWELL, individually,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY HARVEY, individually; FEDEX FREIGHT, INC. dba FEDEX FREIGHT dba FEDEX FREIGHT, SLV; DOES 1 to 100; and ROE CORPORATIONS 1 to 100, inclusive,<br><br>Defendants. | CASE NO:   2:19-cv-01673-APG-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR FILING JOINT PRE-TRIAL ORDER** |

COME NOW Plaintiff PHILLIP ELWELL, by and through his attorney of record, the law firm of NAQVI INJURY LAW, and Defendants GREGORY HARVEY and FEDEX FREIGHT, INC., by and through their attorneys of record, the law offices of ALVERSON TAYLOR & SANDERS, and herein stipulate, agree, and make joint application to extend the time to file the Joint Pre-Trial Order.

**I.   INTRODUCTION**

The parties have completed discovery and the deadline for filing the Joint Pre-Trial Order is currently scheduled for January 11, 2021. However, due to the number of potential trial

1

KNW 26220

exhibits and witnesses to address issues of liability and damages, the parties request an additional five (5) days to complete and file the Joint Pre-Trial Order.

## II.     REQUEST FOR EXTENSION OF TIME

Plaintiff has asserted a claim of negligence against Defendants and has alleged damages related to past and future medical expenses; lost wages, benefits, and earning capacity; lost household/family housekeeping and household management services; reduction in value of life; and intangible damages including pain and suffering. Additionally, Plaintiff underwent a cervical fusion surgery prior to the commencement of litigation and alleges a need for shoulder surgery and a future cervical fusion adjacent to the previously fused segment. The parties anticipate identifying potential trial exhibits and witnesses necessary to address issues of liability and these alleged injuries and damages.  The parties also understand that, pursuant to the Third Amended General Order 2020-03, as of November 12, 2020, all jury trials are suspended until further notice. As such, there is no prejudice caused by the brief, requested extension of time for the filing of the Joint Pre-Trial Order. For the reasons stated above, the parties respectfully request this Court approve the instant Stipulation and enter its order granting the same.

## III.    PROPOSED SCHEDULE FOR COMPLETE DISCOVERY

|  | **Current:** | **Proposed:** |
|---|---|---|
| Joint Pre-Trial Order: | **January 11, 2021** | **January 15, 2021** |

. . .

. . .

. . .

. . .

. . .

. . .

KNW 26220

The parties have entered into this Stipulation in an effort to ensure that all potential trial witnesses and documents are accurately identified in the Joint Pre-Trial Order. It is not the intent of the parties to delay the conclusion of this matter. No trial date has yet been scheduled.

| | |
|---|---|
| DATED this 11th day of January 2021 | DATED this 11th day of January 2021 |
| NAQVI INJURY LAW | ALVERSON TAYLOR & SANDERS |
| /s/ Paul G. Albright | |
| FARHAN R. NAQVI, ESQ.<br>Nevada Bar No. 8589<br>PAUL G. ALBRIGHT, ESQ.<br>Nevada Bar No. 14159<br>9500 West Flamingo Road, Suite 104<br>Las Vegas, Nevada 89147<br>Attorneys for Plaintiff | J. BRUCE ALVERSON, ESQ.<br>Nevada Bar No. 1339<br>KARIE N. WILSON, ESQ.<br>Nevada Bar No. 7957<br>6605 Grand Montecito Pkwy, Ste. 200<br>Las Vegas, NV 89149<br>Attorneys for Defendants |

### (PROPOSED) ORDER TO EXTEND THE TIME FOR FILING THE JOINT PRE-TRIAL ORDER

**IT IS SO ORDERED.**

Dated __ January 12 _____, 2021

_____
UNITED STATES MAGISTRATE JUDGE

KNW 26220